# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** <u>Please type.  Attach additional pages if necessary.</u>

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

| | |
|---|---|
| U.S.C.A. Caption: | USA v. CEDRIC LODGE |
| U.S.C.A. No.: | 25-3586 |
| District: | Middle District of Pennsylvania |
| D.C. Docket No.: | 4:23-cr-00159-001 |
| Date Judgment: | 12/16/25 |
| Filed Date in D.C.: | 12/16/25 |
| Date NOA filed: | 12/29/25 |

Is this a Cross-Appeal?   Yes ☐   No ☑

Was there a previous appeal in case?   Yes ☐   No ☑

If yes, Short Title: _____

Appeal Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

Co-defendants prosecuted before the Middle District of Pennsylvania with appellant included: Katrina Maclean, Denise Lodge and Joshua Taylor. Denise Lodge has filed an appeal to this Honorable Court on December 29, 2025 which is docketed at 25-3587.

PART II

Please indicate basis of appeal:
**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☑ Judgment of Conviction/Commitment.

    ☑ (A) Sentence    ☐ (B) Conviction    ☐ (C) Both

☐ Appeal will challenge only the merits of the underlying conviction.

☐ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☐ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this __13__ day of __January__, 20__26__.

_____
Signature of Counsel for Appellant

Robert M. Buttner
_____
Name

108 N. Washington Ave., Ste. 400, Scranton, PA 18503
_____
Address, City, State & Zip Code

(570) 341-5190
_____
Area Code & Telephone No.